1 Marc V. Kalagian
Attorney at Law: 149034
2 Rohlfing & Kalagian, LLP
211 E. Ocean Boulevard, Ste. 420
3 Long Beach, California 90802
Tel.: (562) 437-7006
4 Fax: (562) 432-2935
E-Mail: marckalagian_rohlfinglaw@hotmail.com
5
Attorneys for Plaintiff
6

7

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10 **WESTERN DIVISION**

11

| | |
|---|---|
| 12 KIMBERLY JONES, | ) Case No.: CV 08-2860 CT |
| 13  Plaintiff, | ) ORDER AWARDING EAJA ATTORNEY FEES |
| 14 v. | ) |
| 15 MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | ) |
| 17  Defendant. | ) |

18

19     Based upon the parties' Stipulation for the Award and Payment of Equal

20 Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to

21 Marc V. Kalagian, as Plaintiff's assignee and subject to the reservation of rights,

22 the amount of TWO THOUSAND-FIVE HUNDRED dollars ($2,500.00) as

23 authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced

24 Stipulation.

25 DATE:1/29/09

26                *CAROLYN TURCHIN*
                 THE HONORABLE CAROLYN TURCHIN
27               UNITED STATES MAGISTRATE JUDGE

28

-1-